HAYGOOD *et al. v.* BENNETT, superintendent, etc., *et al.*

HILL, J. This case is controlled by the rulings this day made in the case of *Garrison* v. *Marietta Trust & Banking Co.,* ante.

*Judgment affirmed. All the Justices concur, except Atkinson, J., disqualified.*

No. 3480. MAY 15, 1923. REHEARING DENIED JUNE 13, 1923.